UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MORGAN STANLEY,

              Plaintiff,

   - against -

JOSEPH F. "CHIP" SKOWRON III,

             Defendant.

------------------------------------------------------X



**ORDER**

12 Civ. 8016 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    Defendant's request to submit a sur-reply letter of no more than two pages is granted. No further letters will be permitted for any reason.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             July 11, 2013

1

## Appearances

**For Plaintiff:**

John A. Boyle, Esq.
Kevin A. Marino, Esq.
Marino Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ 07928
(973) 824-9300

**For Defendant:**

Amanda Lee Van Hoose, Esq.
Sorinrand LLP
515 Madison Ave.
New York, NY 10022
(646) 354-5324