```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN STANLEY,<br><br>          Plaintiff,<br><br>-against-<br><br>JOSEPH F. "CHIP" SKOWRON III,<br><br>          Defendant. | Civil Action No. 12 cv 8016 (SAS)<br>ECF CASE<br><br>SATISFACTION OF JUDGMENT |

WHEREAS, a judgment having been entered in the above action on the 23rd day of January, 2014 in favor of Morgan Stanley and against Defendant Joseph F. "Chip" Skowron, III in the amount of $24,646,555.76; and said judgment having been satisfied; and it being hereby certified that there are no outstanding executions with any Sheriff or Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 5/1/14

MARINO, TORTORELLA & BOYLE

By: _____
Kevin H. Marino
MARINO TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928
*Attorneys for Morgan Stanley*

12

STATE OF NEW JERSEY    )
                       )  ss.:
COUNTY OF MORRIS       )

On the 1st day of May, 2014 before me personally came Kevin H. Marino to me known and known to be a member of the firm of Marino, Tortorella + Boyle, P.C., attorneys for Morgan Stanley in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

PALMIRA GOMES
A Notary Public of New Jersey
ID No.2371406
My Commission Expires April 15, 2018

11